UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| MAHBOUBEH ABDOLAHZADEH,<br>Plaintiff,<br>v.<br>TESLA INC.,<br>Defendant. | No. 2:26-cv-03305 WBS JDP<br><br>ORDER |

----oo0oo----

Plaintiff's motion for leave to file a sur-reply in connection with defendant's motion to compel arbitration (Docket No. 11) is GRANTED. Plaintiff's sur-reply shall be filed no later than November 4, 2026. Plaintiff's sur-reply, and any evidence submitted in connection therewith, shall only respond to the purportedly new evidence and argument presented in defendant's reply brief, which plaintiff expressly identified in her motion for leave to file the sur-reply.

IT IS SO ORDERED.

Dated: October 28, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE