UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| MAHBOUBEH ABDOLAHZADEH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., a Texas corporation,<br><br>Defendant. | No. 2:26-cv-03305 WBS JDP<br><br><u>ORDER</u> |

----oo0oo----

Defendant's request for leave to file a supplemental response to plaintiff's sur-reply (Docket No. 15) is GRANTED. Defendant shall file the supplemental response attached as Exhibit A to defendant's request as a separate docket entry.

Dated: November 12, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE